**No. 49133.**—Protests 92471–K, etc., of Louis Wolf & Co., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 13, 1944

**No. 49134.**—Protest 83084–K of Wm. Goodacre & Sons, Ltd. (New York).

Opinion by TILSON, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, JANUARY 13, 1944

**No. 49135.**—Protest 85573–K of Werner Marx (New York).

Opinion by CLINE, J. At the hearing the plaintiff submitted the protest without introducing evidence in support of the claim made. The record failed to disclose any evidence sufficient to overcome the presumption of correctness attaching to the collector's classification. The protest was therefore overruled.

**No. 49136.**—Protests 587495–G, etc., of Olaf Hertzwig Trading Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

**No. 49137.**—Protests 865533–G, etc., of Olaf Hertzwig Trading Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

JANUARY 17, 1944

**No. 49138.**—SUIT 4431.— —United States v. Dr. Oidtmann Studios, Inc. (Geo. Wm. Rueff, Inc.). C. D. 711 reversed. C. A. D. 260.

**No. 49139.**—SUIT 4444.— United States v. William Heyer. C. D. 738 affirmed. C. A. D. 259.